MONTANA ELECTRICITY BUYING
COOPERATIVE, Petitioner,

Pacific Northwest Generating Coopera-
tive; Avista Corporation, f/k/a the
Washington Water Power Company;
State of Oregon; Portland General
Electric Company; Public Power
Council; Pacific Northwest Generat-
ing Cooperative; Goldendale Alumi-
num, Intervenors,

v.

BONNEVILLE POWER
ADMINISTRATION,
Respondent.

No. 00–70403.
BPA No. 0977–6.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001.*

Decided Aug. 22, 2001.

Before ALARCON, FERNANDEZ, and
TASHIMA, Circuit Judges.

MEMORANDUM **

Montana Electricity Buying Cooperative
("MEBC") petitions for review of a final
decision of the Bonneville Power Adminis-
tration ("BPA").

Petitions for review of BPA actions must
be filed "within ninety days of the time
such action or decision is deemed final," 16
U.S.C. § 839f(e)(5), unless "notice of the
action is required by [the Northwest Pow-
er Act] to be published in the Federal
Register," in which case the filing must be
within 90 days of the publication of the
notice, id.

Nothing in the Northwest Power Act
requires publication of notice of the BPA
action at issue here. The BPA's Record of
Decision ("ROD") was executed on Decem-
ber 22, 1999. MEBC's petition for review,
however, was not filed until March 24,
2000, which is 92 days after the ROD
became final. It was therefore untimely.
*See Ass'n of Pub. Agency Customers v.
Bonneville Power Admin.*, 126 F.3d 1158,
1182–83 (9th Cir.1997) (treating the date of
execution of the ROD as the date on which
the decision becomes final).

Accordingly, the petition for review is
DISMISSED.

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Cir. R. 36–3.